B6A (Official Form 6A) (12/07)

.

In re  **Waterfront Office Building LP**                                        ,        Case No.    **12-52121**
                                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **46/62/68/78/102 Southfield Avenue Stamford, Connecticut** | **Owner of Commercial Office / Retail Buildings** | - | 20,000,000.00 | 43,193,499.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **20,000,000.00** | (Total of this page) |  |
|  | Total > | **20,000,000.00** |  |  |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Waterfront Office Building LP**                                   , Case No.    __12-52121__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See attached** | - | **1,924,390.81** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **1,924,390.81**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Waterfront Office Building LP**                    ,    Case No. ___**12-52121**___
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached** | - | 22,279.22 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        22,279.22
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Waterfront Office Building LP**
_____,    Case No.    **12-52121**    _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)
Total >      **1,946,670.03**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Schedule B - 2.  Personal Property**
**Waterfront Office Building LP**

| Type | Description | Location | Current Value |
|------|-------------|----------|--------------:|
| Checking/Operating Acct | checking acct | First Niagara Bank | 6,284.51 |
| Security Deposit | security deposit for tenants | First Niagara Bank | 602,752.64 |
| Lockbox acct | rent collection account | Webster Bank | 1,000.00 |
| Lockbox Account | lender lockbox | Keybank | 154,271.76 |
| Interest Reserve | Interest Reserve | Keybank | 268,560.15 |
| Tax Escrow | Tax Escrow | Keybank | 292,204.50 |
| Insurance Escrow | Insurance Escrow | Keybank | 80,411.53 |
| Rollover Reserve | Tenant Improvement Escrow | Keybank | 120,783.80 |
| Replacement Reserve | Capital Improvement Escrow | Keybank | 398,121.92 |
|  |  | **total** | **1,924,390.81** |

Antares/Goldman

12-07-2012        Page 1
System Date: 12-07-2012
System Time: 10:00 am

## Summarized Aged Receivable

Cut-off Date:          11-27-2012

Based Upon:          Accounting Date

Property: 0001  1 Stamford Landing

| Tenant | Name | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|--------|------|-----------------|-----------------|-------------------|--------------|--------------|--------------|---------------|
| Biondo | Biondo Group, Inc. | 101.45 | | 101.45 | | | | |
| Capstan | Capstan Capital Management LLC | 65.00 | | 65.00 | | | | |
| DolceCuban | Dolce Group, Inc | 5,600.00 | | 700.00 | 700.00 | 700.00 | 700.00 | 2,800.00 |
| Finpro | Finpro USA, Inc. | 259.75 | | 259.75 | | | | |
| Guess? | Guess? Inc. | 63.71 | | 63.71 | | | | |
| Internat | Intn'l Marketing Strategies | 580.88 | | | 580.88 | | | |
| Navigate | Navigate Advisors LLC | 334.04 | | 334.04 | | | | |
| O'Connor | O'Connor Davies Munns& Dobbins | 372.10 | | 372.10 | | | | |
| | Property 0001 Totals: | 7,376.93 | .00 | 1,896.05 | 1,280.88 | 700.00 | 700.00 | 2,800.00 |

Antares/Goldman

12-07-2012        Page 2
System Date: 12-07-2012
System Time: 10:00 am

## Summarized Aged Receivable

Cut-off Date:        11-27-2012

Based Upon:          Accounting Date

**Property: 0002  2 Stamford Landing**

| Tenant | Name | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|--------|------|----------------|-----------------|-------------------|--------------|--------------|--------------|---------------|
| Amedysis | Loving Care Health (Amedysis) | 742.04 | | 742.04 | | | | |
| FrontFour | FrontFour Capital Group LLC | 291.23 | | 291.23 | | | | |
| | | | | 71.60 | | | | |
| | Property 0002 Totals: | 1,033.27 | .00 | 1,104.87 | .00 | .00 | .00 | .00 |

Antares/Goldman

12-07-2012        Page 3
System Date: 12-07-2012
System Time: 10:00 am

## Summarized Aged Receivable

Cut-off Date:        11-27-2012

Based Upon:         Accounting Date

**Property: 0003  3 Stamford Landing**

| Tenant | Name | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|--------|------|-----------------|-----------------|-------------------|--------------|--------------|--------------|---------------|
| / | | | | | | | | |
| Delphin | Delphin Investments LLC | 11.33 | | 11.33 | | | | |
| DETM | DETM Management LLC | 6,000.00 | | | | | | 6,000.00 |
| DMG | DMG Information, Inc. | 65.07 | | 65.07 | | | | |
| eLot | eLot, Inc. | 12.24 | | 12.24 | | | | |
| Ocean | Ocean Venture Partners | 50.63 | | | 50.63 | | | |
| OceanFront | Ocean Frontier Chartering, Inc | 5,260.00 | | 2,630.00 | 2,630.00 | | | |
| SSY | Simpson, Spence and Young | 65.00 | | 65.00 | | | | |
| | **Property 0003 Totals:** | 11,334.20 | | 2,783.64 | 2,680.63 | .00 | .00 | 6,000 |

Antares/Goldman

12-07-2012        Page 4
System Date: 12-07-2012
System Time: 10:00 am

## Summarized Aged Receivable

Cut-off Date:        11-27-2012

Based Upon:        Accounting Date

**Property: 0005 5 Stamford Landing**

| Tenant | Name | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|--------|------|-----------------|-----------------|-------------------|--------------|--------------|--------------|---------------|
| DolceCuban | Dolce Group, Inc | 1,826.62 | | 1,826.62 | | | | |
| Voc | Voc Bulk Shipping USA, Inc. | 108.20 | | 108.20 | | | | |
| | **Property 0005 Totals:** | 1,934.82 | .00 | 1,934.82 | .00 | .00 | .00 | .00 |

Antares/Goldman

12-07-2012        Page 5
System Date: 12-07-2012
System Time: 10:00 am

## Summarized Aged Receivable

Cut-off Date:      11-27-2012

Based Upon:        Accounting Date

**Property: 0052  5-2 Stamford Landing Marina**

| Tenant | Name | Current Balance | Future Activity | Current 0-30 Days | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|--------|------|-----------------|-----------------|-------------------|--------------|--------------|--------------|---------------|
| Ast | Steven Ast | 25.00 | | 25.00 | | | | |
| GitelsonA | Ammon Gitelson | 565.00 | | 565.00 | | | | |
| Graves | Ted Graves | 10.00 | | 10.00 | | | | |
| **Property 0052 Totals:** | | 600.00 | .00 | | .00 | .00 | .00 | 600.00 |

B6D (Official Form 6D) (12/07)

In re    **Waterfront Office Building LP**                                    Case No.    **12-52121**
                                                                        ,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 7/18/2007 | | | | | |
| **Deutsche Genossenschafts-Hypothekenbank AG** **Attn: Pres, GP or Mang Membr** **Rosenstrasse 2, 20095 Hamburg** **Germany** | X | - | | | | | | X | | |
| | | | | | Value $    20,000,000.00 | | | | 55,000,000.00 | 35,000,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 55,000,000.00 | 35,000,000.00 |
| Total (Report on Summary of Schedules) | 55,000,000.00 | 35,000,000.00 |

B6E (Official Form 6E) (4/10)

In re    **Waterfront Office Building LP** _____,    Case No. ___**12-52121**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Waterfront Office Building LP** , Case No. **12-52121**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx2535** <br><br> **ABM Janitorial Services** <br> **Attn: Pres, GP or Mang Membr** <br> **321 West 44th St** <br> **Ste 701** <br> **New York, NY 10036** | - | | | | Business debt | | | | 17,166.00 |
| Account No. **xxx2483** <br><br> **ABM Security Services Inc.** <br> **Attn: Pres, GP or Mang Membr** <br> **50 W Powhattan Ave** <br> **Ste D** <br> **Essington, PA 19029** | | | | | Business debt | | | | 20,615.64 |
| Account No. **4243** <br><br> **Aquarion Water Company** <br> **Attn: Pres, GP or Mang Membr** <br> **PO Box 10010** <br> **Lewiston, ME 04243** | - | | | | Business debt | | | | 7,605.01 |
| Account No. <br><br> **AT&T** <br> **Attn: Pres, GP or Mang Membr** <br> **PO Box 5082** <br> **Carol Stream, IL 60197** | - | | | | Business debt | | | | 45.72 |

__8__ continuation sheets attached

Subtotal
(Total of this page)

**45,432.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Waterfront Office Building LP**                                         ,    Case No.    **12-52121**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **n/a** | | | | Business debt | | | | |
| **Atria Inc.** **Attn: Pres, GP or Mang Membr** **252 Farm Meadow Lane** **Cheshire, CT 06410** | - | | | | | | | 2,838.31 |
| Account No. | | | | Business debt | | | | |
| **BLT Management LLC** **Attn: Pres, GP or Mang Membr** **100 Washington Blvd - Ste 200** **Stamford, CT 06902** | - | | | | | | | 24,951.58 |
| Account No. | | | | | | | | |
| **Bruce J. Spiewak** **375 Morgan Lane** **Unit 405** **West Haven, CT 06516** | - | | | | | | | 32.50 |
| Account No. | | | | Business debt | | | | |
| **Cablevision of Connecticut** **Attn: Pres, GP or Mang Membr** **PO Box 9256** **Chelsea, MA 02150** | - | | | | | | | 53.24 |
| Account No. | | | | Business debt | | | | |
| **Centerline Interiors** **Attn: Pres, GP or Mang Membr** **29 Sunnyside Ave** **Stamford, CT 06902** | - | | | | | | | 822.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    28,697.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                                    ,    Case No. _____**12-52121**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1-014** | | | | Business debt | | | | |
| City Carting & Recycling Attn: Pres, GP or Mang Membr P.O. Box 17250 Stamford, CT 06907 | - | | | | | | | 1,165.92 |
| Account No. | | | | Business debt | | | | |
| CL&P Attn: Pres, GP or Mang Membr PO Box 150493 Hartford, CT 06115 | - | | | | | | | 37,732.42 |
| Account No. | | | | Business debt | | | | |
| Clear Water Industries Attn: Pres, GP or Mang Membr 415 Bridgeport Avenue Shelton, CT 06484 | - | | | | | | | 606.24 |
| Account No. | | | | Business debt | | | | |
| Comex Painting Attn: Pres, GP or Mang Membr 16 Douglas Lane New Fairfield, CT 06812 | - | | | | | | | 5,575.88 |
| Account No. | | | | Business debt | | | | |
| Direct Energy Services Attn: Pres, GP or Mang Membr PO Box 4662 Carol Stream, IL 60197 | - | | | | | | | 198.89 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,279.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                                      ,        Case No.  **12-52121**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1397** | | | Business debt | | | | |
| **Eastern Land Management** Attn: Pres, GP or Mang Membr 142 Hamilton Avenue Stamford, CT 06902 | - | | | | | | 5,184.36 |
| Account No. **x0016** | | | Business debt | | | | |
| **Electrical Wholesalers** Attn: Pres, GP or Mang Membr P.O. Box 261797 Hartford, CT 06126 | - | | | | | | 1,120.63 |
| Account No. | | | Business debt | | | | |
| **Fairfield Electric Supply** Attn: Pres, GP or Mang Membr 711 Post Road Fairfield, CT 06824 | - | | | | | | 107.41 |
| Account No. | | | Business debt | | | | |
| **Fire Protection Testing** Attn: Pres, GP or Mang Membr 1701 Highland Ave #4 Cheshire, CT 06410 | - | | | | | | 1,822.55 |
| Account No. **n/a** | | | Business debt | | | | |
| **Fran & Company** Attn: Pres, GP or Mang Membr One Dock Street Stamford, CT 06902 | - | | | | | | 2,700.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,934.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                                    ,    Case No. __**12-52121**__
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frank A. Martinelli LLC**<br>**Attn: Pres, GP or Mang Membr**<br>**11 Laurel Road**<br>**Stamford, CT 06902** | - | | Business debt | | | | 160.00 |
| Account No. **xxA958**<br><br>**George Nemeth Assoc. LLC**<br>**Attn: Pres, GP or Mang Membr**<br>**33 Mountainside Trail**<br>**Cortland Manor, NY 10567** | - | | Business debt | | | | 285.00 |
| Account No.<br><br>**Goodwin Proctor LLP**<br>**Attn: Pres, GP or Mang Membr**<br>**Exchange Place**<br>**53 State Street**<br>**Boston, MA 02109** | - | | Business debt | | | | 1,747.23 |
| Account No.<br><br>**Grainger**<br>**Attn: Pres, GP or Mang Membr**<br>**Dept 840725782**<br>**Palatine, IL 60038** | - | | Business debt | | | | 44.78 |
| Account No.<br><br>**ILAMA General Contracting**<br>**Attn: Pres, GP or Mang Membr**<br>**20 Pearson Ave**<br>**Milford, CT 06460** | - | | Business debt | | | | 878.65 |

Sheet no. __**4**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,115.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                              ,   Case No.   **12-52121**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Johnstone Supply Attn: Pres, GP or Mang Membr PO Box 905240 Charlotte, NC 28290 | - | | | | | | | 354.04 |
| Account No. | | | | Business debt | | | | |
| Kinsley Power Systems Attn: Pres, GP or Mang Membr 14 Connecticut South Drive East Granby, CT 06026 | - | | | | | | | 510.48 |
| Account No. xxxxxxxxxx/xxxxxxxxxx/xxxx1090 | | | | Business debt | | | | |
| KM Communications Services Attn: Pres, GP or Mang Membr One Dock Street Stamford, CT 06902 | - | | | | | | | 5,528.04 |
| Account No. | | | | Business debt | | | | |
| Kone Inc. Attn: Pres, GP or Mang Membr PO Box 429 Moline, IL 61266 | - | | | | | | | 547.89 |
| Account No. xx94-32 | | | | Business debt | | | | |
| Law Offices of DePanfilis & Vallerie Attn: Pres, GP or Mang Membr 25 Belden Avenue P. O. Box 699 Norwalk, CT 06852 | - | | | | | | | 907.80 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,848.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                                          ,        Case No.   **12-52121**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt | | | | |
| LinkSystems Inc. Attn: Pres, GP or Mang Membr PO Box 418429 Boston, MA 02241 | - | | | | | | | 383.80 |
| Account No. | | | | Business debt | | | | |
| MLK Lock & Security LLC Attn: Pres, GP or Mang Membr 7365 Main St#345 Stratford, CT 06614 | - | | | | | | | 926.31 |
| Account No. | | | | Business debt | | | | |
| Naugatuck Construction Attn: Pres, GP or Mang Membr 61 Olive Street Naugatuck, CT 06770 | - | | | | | | | 275.00 |
| Account No. | | | | Business debt | | | | |
| Palmers Motors Attn: Pres, GP or Mang Membr 44 Garden Street Stamford, CT 06902 | - | | | | | | | 28.18 |
| Account No. | | | | Business debt | | | | |
| Park Avenue Coach Attn: Pres, GP or Mang Membr 30 Oakwood Avenue Norwalk, CT 06850 | - | | | | | | | 4,690.88 |

Sheet no.  **6**  of  **8**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,304.17

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Waterfront Office Building LP**                                     ,    Case No.    **12-52121**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Petro Commercial Services** Attn: Pres, GP or Mang Membr PO Box 140246 Stamford, CT 06902 | - | | | | | | 424.54 |
| Account No. | | | Business debt | | | | |
| **S&S Industries** Attn: Pres, GP or Mang Membr PO Box 2886 Stamford, CT 06902 | - | | | | | | 382.33 |
| Account No. **418** | | | Business debt | | | | |
| **Soundsafe Security System** Attn: Pres, GP or Mang Membr 685 Honeyspot Rd Stratford, CT 06615 | - | | | | | | 612.10 |
| Account No. | | | Business debt | | | | |
| **T Squared Construction** Attn: Pres, GP or Mang Membr 3 Alan B Sharpard Place Yonkers, NY 10705 | - | | | | | | 22,500.00 |
| Account No. **x3844** | | | Business debt | | | | |
| **T.F. Andrew Carpet One Floor & Home** Attn: Pres, GP or Mang Membr 35 York Avenue Randolph, MA 02368 | - | | | | | | 425.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **24,343.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Waterfront Office Building LP**                                    ,    Case No. __**12-52121**__
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **n/a** | | | Business debt | | | | |
| Tri-State Window Cleaning<br>Attn: Pres, GP or Mang Membr<br>11 Industry St<br>Poughkeepsie, NY 12603 | - | | | | | | 6,327.84 |
| Account No. **xx2376** | | | Business debt | | | | |
| Waltham Services, Inc.<br>Attn: Pres, GP or Mang Membr<br>817 Moody St<br>Waltham, MA 02453 | - | | | | | | 305.22 |
| Account No. | | | Business debt | | | | |
| Windcheck<br>Attn: Pres, GP or Mang Membr<br>Chapel Gate<br>110 Chapel Street<br>Bridgeport, CT 06604 | - | | | | | | 180.00 |
| Account No. | | | Business debt | | | | |
| Yankeegas<br>Attn: Pres, GP or Mang Membr<br>PO Box 150492<br>Hartford, CT 06115 | - | | | | | | 129.54 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**8**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **6,942.60**

Total (Report on Summary of Schedules)    **178,898.95**

B6G (Official Form 6G) (12/07)

In re  **Waterfront Office Building LP**                                            ,   Case No.   **12-52121**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **See Attached** | **All non-residential leases** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

## Tenant List

| Addressee | Address 1 | Address 2 | City | State | ZIP Code | Contact Name | Contact Phone | Contact FAX |
|---|---|---|---|---|---|---|---|---|
| 0001   1 Stamford Landing | | | | | | | | |
| 4 Kidz       4 Kidz | | | | | | | | |
| 4 Kidz | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| 4 Kidz | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| Biondo       Biondo Group, Inc. | | | | | | | | |
| Biondo Group, Inc. | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| CableLight  Cablevision Lightpath-CT Inc | | | | | | | | |
| Cablevision Lightpath-CT Inc | 200 Jerricho Quadrangle | | Jerricho | NY | 11763 | | | |
| Capstan     Capstan Capital Management LLC | | | | | | | | |
| Capstan Capital Management LLC | 62 Southfield Avenue | | Stamford | CT | 06902 | | | |
| Creative     Creative Partners, LLC | | | | | | | | |
| Creative Partners, LLC | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| DolceCuban  Dolce Group, Inc | | | | | | | | |
| Dolce Group, Inc | Five Stamford Landing | 78 Southfield Ave | Stamford | CT | 06902 | Nick Racanelli | | |
| Dreadnough  Dreadnought Group | | | | | | | | |
| Dreadnought Group | One Stamford Landing | 62 Southfield Avenue #202 | Stamford | CT | 06902 | Ken Rogozinski | | |
| Finpro       Finpro USA, Inc. | | | | | | | | |
| Finpro USA, Inc. | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | Jaana Colangelo | 203-357-9922 | 203-357-9955 |
| Fugazy       Altour and E&S | | | | | | | | |
| Altour and E&S | Amanda Sanchez - 15th Floor | 1270 Ave of the Americas | New York | NY | 10020 | | | |
| Altour and E&S | Amanda Sanchez - 15th Floor | 1270 Ave of the Americas | New York | NY | 10020 | | | |
| Guess?      Guess? Inc. | | | | | | | | |
| Guess? Inc. | 1444 South Alameda Street | | Los Angeles | CA | 90021 | | | |
| Guess? Inc. | 1444 South Alameda Street | | Los Angeles | CA | 90021 | | | |
| Internat      Intn'l Marketing Strategies | | | | | | | | |
| Intn'l Marketing Strategies | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| Jennison     Jennison Associates, LLC | | | | | | | | |
| Jennison Associates, LLC | 466 Lexington Avenue | 17th Floor | New York | NY | 10017 | Al Graham | (212)421-1000 | (212)682-9209 |
| KM           KM Communications | | | | | | | | |
| KM Communications | One Dock Street - 108 | | Stamford | CT | 06902 | | | |
| Mischler     Mischler Financial Group, Inc | | | | | | | | |
| Mischler Financial Group, Inc | 1111 Bayside Drive | Suite 100 | Corona del Mar | CA | 92625 | | | |
| MKDA         MKDA, LLC | | | | | | | | |
| MKDA, LLC | 902 Broadway | 17th Floor | New York | NY | 10010 | Penny Meneses | 212-532-9800 | 212-889-2180 |
| Monjasa     Monjasa, Inc | | | | | | | | |
| Monjasa, Inc | One Stamford Landing | 62 Southfiled Ave, Suite 124 | Stamford | CT | 06902 | | | |
| Navigate     Navigate Advisors LLC | | | | | | | | |
| Navigate Advisors LLC | One Stamford Landing | 62 Southfield Avenue | Stamford | CT | 06902 | | | |
| NFundMgmt  Northern Fund Management | | | | | | | | |
| Northern Fund Management | 62 Southfield Ave | Suite 212 | Stamford | CT | 06902 | | | |
| O'Connor     O'Connor Davies Munns& Dobbins | | | | | | | | |
| O'Connor Davies Munns& Dobbins | 665 5th Ave, 6th Floor | Attn: Pat Duraski | New York | NY | 10165 | | | |
| O'Connor Davies Munns& Dobbins | 665 5th Ave, 6th Floor | Attn: Pat Duraski | New York | NY | 10165 | | | |
| StamRest     Stamford Landing III Rest. | | | | | | | | |
| Stamford Landing III Rest. | Three Stamford Landing | 46 Southfield Ave | Stamford | CT | 06902 | | | |
| Valuex       Valuex, Inc | | | | | | | | |

Antares/Goldman

## Tenant List

| Addressee | Address 1 | Address 2 | City | State | ZIP Code | Contact Name | Contact Phone | Contact FAX |
|---|---|---|---|---|---|---|---|---|
| 0002      2 Stamford Landing | | | | | | | | |
| Amedysis      Loving Care Health (Amedysis) | | | | | | | | |
| Loving Care Health (Amedysis) | 68 Southfield Avenue | Suite 215 | Stamford | CT | 06902 | | | |
| Fran      Fran & Company | | | | | | | | |
| Fran & Company | Two Stamford Landing | 68 Southfield Avenue | Stamford | CT | 06902 | | | |
| FrontFour      FrontFour Capital Group LLC | | | | | | | | |
| FrontFour Capital Group LLC | Two Stamford Landing | 68 Southfield Avenue Suite 290 | Stamford | CT | 06902 | | | |
| Halley      Halley Capital | | | | | | | | |
| Halley Capital | Two Stamford Landing | 68 Southfield Avenue | Stamford | CT | 06902 | | | |
| Infinity      Infinity Aviation Capital LLC | | | | | | | | |
| Infinity Aviation Capital LLC | 68 Southfield Avenue | Suite 295 | Stamford | CT | 06902 | Rich Baudouin | | |
| Market      Enernoc (Market Direct, LLC) | | | | | | | | |
| Enernoc (Market Direct, LLC) | 75 Federal Street Suite 300 | Attn: Accounts Payable | Boston | MA | 02110 | rwatts@enernoc.com | 617-692-3028 | |
| Masters      Masters Esquire, Inc | | | | | | | | |
| Masters Esquire, Inc | Two Stamford Landing | 68 Southfield Avenue Unit 205 | Stamford | CT | 06902 | Raj D. Jadhav | (917)434-3181 | |
| OpenWater      Open Water, LLC | | | | | | | | |
| Open Water, LLC | 68 Southfield Avenue | | Stamford | CT | 06902 | Richard Simons | | |
| SLB Center      Stamford Landing Business Cent | | | | | | | | |
| Stamford Landing Business Cent | 68 Southfield Avenue | | Stamford | CT | 06902 | | | |
| Thomas      Thomas Meehan | | | | | | | | |
| Thomas Meehan | Two Stamford Landing | 68 Southfield Avenue | Stamford | CT | 06902 | | | |

Antares/Goldman

# Tenant List

| Addressee | Address 1 | Address 2 | City | State | ZIP Code | Contact Name | Contact Phone | Contact FAX |
|-----------|-----------|-----------|------|-------|----------|--------------|---------------|-------------|
| 0003    3 Stamford Landing | | | | | | | | |
| Admanthos   Admanthos | | | | | | | | |
|    Admanthos | Three Stamford Landing | 46 Southfield Ave | Stamford | CT | 06902 | Sharon | 203-358-2376 | |
| Arcature    Arcature, Inc. | | | | | | | | |
|    Arcature, Inc. | Three Stamford Landing | 46 Southfield Ave | Stamford | CT | 06902 | | | |
| Bavier     Bavier Design | | | | | | | | |
|    Bavier Design | Three Stamford Landing | 46 Southfield Ave | Stamford | CT | 06902 | | | |
| Core     Core Plus Properties LLC | | | | | | | | |
|    Core Plus Properties LLC | Two Stamford Landing, Unit 115 | | Stamford | CT | 06902 | | | |
| Delphin    Delphin Investments LLC | | | | | | | | |
|    Delphin Investments LLC | 46 Southfield Avenue | | Stamford | CT | 06902 | | | |
| DMG        DMG Information, Inc. | | | | | | | | |
|    DMG Information, Inc. | Three Stamford Landing | 46 Southfield Avenue | Stamford | CT | 06902 | | | |
| eLot       eLot, Inc. | | | | | | | | |
|    eLot, Inc. | c/o Edwin McGuinn | 20 Cobb Island Drive | Greenwich | CT | 06830 | | | |
| MML        MML Capital Partners LLC | | | | | | | | |
|    MML Capital Partners LLC | Three Stamford Landing | 46 Southfield Avenue | Stamford | CT | 06902 | Attn. James Read | | |
| Ocean      Ocean Venture Partners | | | | | | | | |
|    Ocean Venture Partners | Three Stamford Landing | 46 Southfield Avenue - #450 | Stamford | CT | 06902 | | | |
| OceanFront  Ocean Frontier Chartering, Inc | | | | | | | | |
|    Ocean Frontier Chartering, Inc | Three Stamford Landing | 46 Southfield Avenue | Stamford | CT | 06902 | | | |
| SSY        Simpson, Spence and Young | | | | | | | | |
|    SSY Simpson, Spence and Young | Three Stamford Landing | 46 Southfield Ave - Suite 200 | Stamford | CT | 06902 | Tanya Trivizas | | |
| StamRest   Stamford Landing III Rest. | | | | | | | | |
|    Stamford Landing III Rest. | Three Stamford Landing | 46 Southfield Ave | Stamford | CT | 06902 | | | |

Antares/Goldman

# Tenant List

| Addressee | Address 1 | Address 2 | City | ZIP State Code | Contact Name | Contact Phone | Contact FAX |
|---|---|---|---|---|---|---|---|
| 0005        5 Stamford Landing | | | | | | | |
| DolceCuban  Dolce Group, Inc | | | | | | | |
| Dolce Group, Inc | Five Stamford Landing | 78 Southfield Ave | Stamford | CT    06902 | Nick Racanelli | | |
| Voc          Voc Bulk Shipping USA, Inc. | | | | | | | |
| Clipper Bulk USA, Inc. | Five Stamford Landing | 78 Southfield Avenue | Stamford | CT    06902 | | | |

## Tenant List

| Addressee | Address 1 | Address 2 | City | State | ZIP Code | Contact Name | Contact Phone | Contact FAX |
|---|---|---|---|---|---|---|---|---|
| 0052      5-2 Stamford Landing Marina | | | | | | | | |
| Diddel      Diddel & Diddel | | | | | | | | |
| Diddel & Diddel | | 102 Southfield Avenue | Stamford | CT | 06902 | Scott Diddel | | |
| GJ Simone    GJ Simone Associates, LLC | | | | | | | | |
| GJ Simone Associates, LLC | 12 Magdalena Court | | Kinnelon | NJ | 07405 | Gregory Simone | | |

B6H (Official Form 6H) (12/07)

.

In re    **Waterfront Office Building LP**                                    , Case No.    **12-52121**
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Summer Office Building**<br>**100 Washington Boulevard**<br>**Suite 200**<br>**Stamford, CT 06902** | **Deutsche Genossenschafts-**<br>**Hypothekenbank AG**<br>**Attn: Pres, GP or Mang Membr**<br>**Rosenstrasse 2, 20095 Hamburg**<br>**Germany** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Connecticut

In re    **Waterfront Office Building LP**                                   Case No.    **12-52121**
                                                 Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manag. of Managing Member of Sole Member of Debtor's GP of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 9, 2013**                        Signature    **/s/ Paul Kuehner**
                                                               **Paul Kuehner**
                                                               **Manag. of Managing Member of Sole Member of**
                                                               **Debtor's GP**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Connecticut

In re   **Waterfront Office Building LP**                             Case No.   **12-52121**

                                          Debtor(s)              Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,251,891.00** | **2012 YTD: Debtor Business Income** |
| **$3,923,980.00** | **2011: Debtor Business Income** |
| **$4,198,307.00** | **2010: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None

■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT              SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached** | | **$750,773.04** | **$0.00** |

None ■ c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached** | | | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**See attached**

4

### 10. Other transfers

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **See attached** | |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **See attached** | | |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **See attached** | |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **See attached** | |

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    __**January 9, 2013**_____        Signature    __**/s/ Paul Kuehner**_____

**Paul Kuehner**

**Manag. of Managing Member of Sole Member of Debtor's GP**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

3. Payments to Creditors - Names of Creditors

Antares/Goldman

# Accounts Payable Check Register
# Using AP Check Records

| Check | Date | Vendor | Name | Amount |
|---|---|---|---|---|
| | | | **WATOFF   Waterfront Off - Oper New All** | |
| 3087 | 08-29-2012 | BLT02 | BLT MANAGEMENT | 2,408.22 |
| 3088 | 08-31-2012 | ABM | ABM JANITORIAL SVCS NEAST, INC | 12,127.64 |
| 3089 | 08-31-2012 | ABMSEC | ABM SECURITY SERVICES, INC | 10,850.34 |
| 3090 | 08-31-2012 | CLE01 | Clear Water Industries | 673.59 |
| 3091 | 08-31-2012 | COM02 | COMEX PAINTING CONTRACTORS LLC | 1,164.45 |
| 3092 | 08-31-2012 | JOHN02 | Johnstone Supply | 174.40 |
| 3093 | 08-31-2012 | MIK01 | MLK LOCK & SECURITY LLC | 31.91 |
| 3094 | 08-31-2012 | PAL01 | Palmers Electric Motors &Pumps | 2,017.95 |
| 3095 | 08-31-2012 | PIE | PIERSON AND SMITH, INC. | 460.72 |
| 3096 | 08-31-2012 | SWE01 | SWEARINGEN REALTY GROUP LLC | 8,510.76 |
| 3097 | 08-31-2012 | WALT01 | WALTHAM SERVICES, INC | 186.11 |
| 3098 | 08-31-2012 | WIN01 | Windcheck | 100.00 |
| 3099 | 09-07-2012 | CITYST | CITY OF STAMFORD | 468.84 |
| 3100 | 09-07-2012 | CITYST | CITY OF STAMFORD | 200.00 |
| 3101 | 09-07-2012 | AQU02 | Aquarion Water Company | 1,172.02 |
| 3102 | 09-07-2012 | BLT02 | BLT MANAGEMENT | 9,268.03 |
| 3104 | 09-07-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 24.97 |
| 3105 | 09-13-2012 | LIT01 | LITCHFIELD | 102.60 |
| 3106 | 09-14-2012 | BLT02 | BLT MANAGEMENT | 36,872.52 |
| 3107 | 09-14-2012 | CLP01 | CL&P | 16,252.18 |
| 3108 | 09-14-2012 | CLP01 | CL&P | 12,998.68 |
| 3109 | 09-14-2012 | ABM | ABM JANITORIAL SVCS NEAST, INC | 2,121.91 |
| 3110 | 09-14-2012 | BRU | BRUCE J SPIEWAK | 188.00 |
| 3111 | 09-14-2012 | COM02 | COMEX PAINTING CONTRACTORS LLC | 404.13 |
| 3112 | 09-14-2012 | CONN02 | CONNECT PARTNERS INC. | |
| 3113 | 09-14-2012 | EAS01 | Eastern Land Management | 314.16 |
| 3114 | 09-14-2012 | FAI03 | Fairfield Electric Supply Inc. | 385.56 |
| 3115 | 09-14-2012 | FIR03 | Fire Protection Testing, Inc. | 818.89 |
| 3116 | 09-14-2012 | GEO01 | George Nemeth Assoc. LLC | 150.00 |
| 3117 | 09-14-2012 | GOO01 | Goodwin Procter LLP | 3,524.75 |
| 3118 | 09-14-2012 | KMC01 | KM Communications Services LLC | 2,428.16 |
| 3120 | 09-14-2012 | MIK01 | MLK LOCK & SECURITY LLC | 264.81 |
| 3121 | 09-14-2012 | PAL01 | Palmers Electric Motors &Pumps | 498.96 |
| 3122 | 09-14-2012 | STA02 | Stamford Landing Condominium | 6,144.82 |
| 3125 | 09-14-2012 | StLComm | Stamford Landing Commerical | 7,068.00 |
| 3126 | 09-14-2012 | WIN01 | Windcheck | 200.00 |
| 3127 | 09-14-2012 | WIN02 | Winnelson | 15.84 |
| 3128 | 09-14-2012 | CLP01 | CL&P | 16,462.91 |
| 3130 | 09-17-2012 | MAIN | Main Enterprises Inc. | 7,298.56 |
| 3131 | 09-17-2012 | MAIN | Main Enterprises Inc. | 27.39 |
| 3132 | 09-21-2012 | CLP01 | CL&P | 39.92 |
| 3133 | 09-21-2012 | CLP01 | CL&P | 92.31 |
| 3134 | 09-21-2012 | YAN01 | YANKEE GAS GO. | 102.62 |
| 3135 | 09-21-2012 | ABM | ABM JANITORIAL SVCS NEAST, INC | 12,177.04 |
| 3136 | 09-21-2012 | ABMSEC | ABM SECURITY SERVICES, INC | 11,092.69 |
| 3137 | 09-21-2012 | ATR01 | Atria, Inc. | 420.09 |
| 3138 | 09-21-2012 | BRU | BRUCE J SPIEWAK | 470.00 |
| 3139 | 09-21-2012 | CENTINT | CENTERLINE INTERIORS | 11,366.00 |
| 3140 | 09-21-2012 | CIT01 | City Carting & Recycling INC | 1,295.47 |
| 3141 | 09-21-2012 | CONN02 | CONNECT PARTNERS INC. | 1,282.81 |
| 3143 | 09-21-2012 | EAS01 | Eastern Land Management | 2,859.58 |
| 3144 | 09-21-2012 | ELE01 | Electrical Wholesalers Inc. | 748.88 |
| 3145 | 09-21-2012 | FRA01 | Fran & Company | 3,000.00 |
| 3146 | 09-21-2012 | MIK01 | MLK LOCK & SECURITY LLC | 170.16 |
| 3147 | 09-21-2012 | MKDA01 | MKDA, LLC | 1,200.00 |
| 3148 | 09-21-2012 | PARKAVE | PARK AVENUE COACH | 4,691.51 |

Antares/Goldman

12-07-2012      Page 2
System Date: 12-07-2012
System Time: 10:05 am

## Accounts Payable Check Register
## Using AP Check Records

| Check | Date | Vendor | Name | Amount |
|---|---|---|---|---|
| WATOFF | Waterfront Off - Oper New All | | | |
| 3149 | 09-21-2012 | RED01 | Redniss & Mead, Inc. | 762.76 |
| 3150 | 09-21-2012 | RED02 | RED HAWK FIRE & SECURITY LLC | 2,499.23 |
| 3151 | 09-24-2012 | DRA01 | DRAPERIES INC. | 132.94 |
| 3152 | 09-24-2012 | PIE | PIERSON AND SMITH, INC. | 296.40 |
| 3153 | 09-25-2012 | GOO01 | Goodwin Procter LLP | 843.48 |
| 3154 | 09-28-2012 | CITY03 | City Of Stamford Building Dept | 75.00 |
| 3155 | 09-28-2012 | CITY03 | City Of Stamford Building Dept | 225.00 |
| 3156 | 10-01-2012 | AQU02 | Aquarion Water Company | 540.00 |
| 3157 | 10-01-2012 | ATT01 | AT&T | 67.85 |
| 3158 | 10-01-2012 | BLT02 | BLT MANAGEMENT | 10,407.08 |
| 3159 | 10-03-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 157.93 |
| 3160 | 10-05-2012 | STA02 | Stamford Landing Condominium | 6,144.82 |
| 3161 | 10-15-2012 | ACE02 | AC ELECTRICAL SERVICES, LLC | 590.35 |
| 3162 | 10-15-2012 | ARC | ARC | 10.64 |
| 3163 | 10-15-2012 | BIS01 | NANCY BISGAIER | 1,379.00 |
| 3164 | 10-15-2012 | CENTINT | CENTERLINE INTERIORS | 4,256.00 |
| 3165 | 10-15-2012 | CLE01 | Clear Water Industries | 673.59 |
| 3166 | 10-15-2012 | DEP03 | DePanfilis & Valierie, LLC | 393.75 |
| 3167 | 10-15-2012 | DRA01 | DRAPERIES INC. | 345.63 |
| 3168 | 10-15-2012 | FAI03 | Fairfield Electric Supply Inc. | 1,927.49 |
| 3169 | 10-15-2012 | FOL01 | Foley's Pump Service Inc. | 7,001.55 |
| 3170 | 10-15-2012 | FRE01 | FRESH START PAINTING CORP | 12,762.01 |
| 3171 | 10-15-2012 | GRA02 | Grainger | 255.33 |
| 3172 | 10-15-2012 | KON01 | KONE Inc. | 4,020.74 |
| 3173 | 10-15-2012 | MAIN | Main Enterprises Inc. | 475.00 |
| 3174 | 10-15-2012 | MIK01 | MLK LOCK & SECURITY LLC | 162.72 |
| 3175 | 10-15-2012 | SEV01 | SEVENTY2 ARCHITECTS | 3,450.00 |
| 3176 | 10-15-2012 | SON01 | Sonitrol Security Systems | 479.37 |
| 3177 | 10-15-2012 | SSI01 | S&S Industries, Inc. | 1,553.78 |
| 3180 | 10-15-2012 | STLCOMM | Stamford Landing Commerical | 7,068.00 |
| 3181 | 10-15-2012 | WALT01 | WALTHAM SERVICES, INC | 191.44 |
| 3182 | 10-15-2012 | WIN02 | Winnelson | 14.00 |
| 3183 | 10-15-2012 | BLT02 | BLT MANAGEMENT | 26,557.10 |
| 3184 | 10-16-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 142.93 |
| 3185 | 10-16-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 17.47 |
| 3186 | 10-16-2012 | CLP01 | CL&P | 13,576.65 |
| 3187 | 10-16-2012 | CLP01 | CL&P | 9,997.48 |
| 3188 | 10-16-2012 | CLP01 | CL&P | 66.75 |
| 3189 | 10-16-2012 | CLP01 | CL&P | 13,608.28 |
| 3190 | 10-16-2012 | CLP01 | CL&P | 59.82 |
| 3191 | 10-16-2012 | DIR01 | DIRECT ENERGY SERVICES, LLC | 7.75 |
| 3192 | 10-16-2012 | STAM01 | CITY OF STAMFORD WPCA | 2,645.20 |
| 3193 | 10-16-2012 | STAM01 | CITY OF STAMFORD WPCA | 1,349.83 |
| 3194 | 10-16-2012 | STAM01 | CITY OF STAMFORD WPCA | 303.42 |
| 3195 | 10-16-2012 | STAM01 | CITY OF STAMFORD WPCA | 984.17 |
| 3196 | 10-16-2012 | YAN01 | YANKEE GAS GO. | 108.08 |
| 3197 | 10-18-2012 | ATT01 | AT&T | 44.58 |
| 3199 | 11-02-2012 | F&G01 | F&G SIGNS | 2,250.00 |
| 3200 | 11-02-2012 | FRA01 | Fran & Company | 3,000.00 |
| 3201 | 11-05-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 12.25 |
| 3202 | 11-05-2012 | CAB03 | CABLEVISION OF CONNECTICUT | 24.97 |
| 3203 | 11-12-2012 | ABM | ABM JANITORIAL SVCS NEAST, INC | 14,319.84 |
| 3204 | 11-12-2012 | ABMSEC | ABM SECURITY SERVICES, INC | 11,321.57 |
| 3205 | 11-12-2012 | ALL01 | ALL AMERICAN SEWER & DRAIN SVC | 1,333.63 |
| 3206 | 11-12-2012 | ATR01 | Atria, Inc. | 420.09 |
| 3207 | 11-12-2012 | CIT01 | City Carting & Recycling INC | 1,295.47 |

Antares/Goldman

## Accounts Payable Check Register
## Using AP Check Records

| Check | Date | Vendor | Name | Amount |
|-------|------|--------|------|--------|
| WATOFF | | Waterfront Off - Oper New All | | |
| 3208 | 11-12-2012 | CLE01 | Clear Water Industries | 673.59 |
| 3209 | 11-12-2012 | COLONIAL | COLONIAL WOOD PRODUCTS | 855.00 |
| 3210 | 11-12-2012 | COM02 | COMEX PAINTING CONTRACTORS LLC | 4,519.88 |
| 3211 | 11-12-2012 | CONN02 | CONNECT PARTNERS INC. | 420.67 |
| 3212 | 11-12-2012 | EAS01 | Eastern Land Management | 2,061.02 |
| 3213 | 11-12-2012 | ELE01 | Electrical Wholesalers Inc. | 310.76 |
| 3214 | 11-12-2012 | FAI03 | Fairfield Electric Supply Inc. | 674.26 |
| 3215 | 11-12-2012 | GEO01 | George Nemeth Assoc. LLC | 150.00 |
| 3216 | 11-12-2012 | GWA01 | GWAY MARKETING GYMNASIUM | 63.54 |
| 3217 | 11-12-2012 | KAR01 | Karp's True Value Hardware | 280.74 |
| 3218 | 11-12-2012 | KMC01 | KM Communications Services LLC | 2,201.46 |
| 3219 | 11-12-2012 | MIK01 | MLK LOCK & SECURITY LLC | 381.79 |
| 3220 | 11-12-2012 | PARKAVE | PARK AVENUE COACH | 5,708.47 |
| 3221 | 11-12-2012 | RED02 | RED HAWK FIRE & SECURITY LLC | 2,461.76 |
| 3222 | 11-12-2012 | SEC02 | Security Specialists Inc | 1,031.60 |
| 3223 | 11-12-2012 | SIG01 | Signs Pro LLC | 76.94 |
| 3224 | 11-12-2012 | SSI01 | S&S Industries, Inc. | 1,871.23 |
| 3225 | 11-12-2012 | STA02 | Stamford Landing Condominium | 6,472.62 |
| 3228 | 11-12-2012 | StLComm | Stamford Landing Commerical | 7,068.00 |
| 3229 | 11-12-2012 | WALT01 | WALTHAM SERVICES, INC | 191.44 |
| 3230 | 11-12-2012 | WIN01 | Windcheck | 200.00 |
| 3231 | 11-12-2012 | WIN02 | Winnelson | 15.43 |
| 3232 | 11-12-2012 | WOR02 | MRI SOFTWARE LLC | 712.59 |
| 3233 | 11-12-2012 | GRA SHS | Grainger | 255.37 |
| 3234 | 11-12-2012 | GRA02 | Grainger | 423.70 |
| 3235 | 11-12-2012 | F&G01 | F&G SIGNS | 2,535.75 |
| 3236 | 11-12-2012 | CENTINT | CENTERLINE INTERIORS | 593.43 |
| 3237 | 11-12-2012 | MCG&P | McGladrey & Pullen, LLP | 6,475.00 |
| 3238 | 11-13-2012 | COLONIAL | COLONIAL WOOD PRODUCTS | 45.00 |
| 3239 | 11-13-2012 | BLT02 | BLT MANAGEMENT | 29,672.55 |
| 3240 | 11-20-2012 | BLT02 | BLT MANAGEMENT | 13,556.27 |
| 3241 | 11-20-2012 | CLP01 | CL&P | 12,631.08 |
| 3242 | 11-20-2012 | CLP01 | CL&P | 9,253.42 |
| 3243 | 11-20-2012 | CLP01 | CL&P | 40.03 |
| 3244 | 11-20-2012 | CLP01 | CL&P | 11,792.87 |
| 3245 | 11-20-2012 | CLP01 | CL&P | 48.12 |
| 3246 | 11-20-2012 | YAN01 | YANKEE GAS GO. | 158.18 |
| 3247 | 11-21-2012 | COL02 | COLDWELL BANKER COMMERCIAL | 22,669.25 |
| 3248 | 11-27-2012 | BLT02 | BLT MANAGEMENT | 11,543.96 |
| 3249 | 11-27-2012 | BLT02 | BLT MANAGEMENT | 5,133.00 |
| 103112 | 10-31-2012 | COM01 | COMMISSIONER OF REVENUE SERV | 68.00 |
| 231438 | 08-27-2012 | BLT02 | BLT MANAGEMENT | 14,292.17 |
| 231439 | 08-27-2012 | COM02 | COMEX PAINTING CONTRACTORS LLC | 12,847.08 |
| 231440 | 08-27-2012 | SAU01 | Saugatuck Construction Co Inc | 19,941.09 |
| 231444 | 08-27-2012 | TFANDREW | T.F. Andrew Carpet One | 8,075.00 |
| 232680 | 10-12-2012 | COM02 | COMEX PAINTING CONTRACTORS LLC | 3,968.85 |
| 1012122 | 10-12-2012 | BLT02 | BLT MANAGEMENT | 19,716.45 |
| 8282012 | 08-28-2012 | DOL01 | DOLCE CUBANO | 23,831.89 |
| 10122012 | 10-12-2012 | DOL01 | DOLCE CUBANO | 94,734.69 |
| 10312012 | 10-31-2012 | COM01 | COMMISSIONER OF REVENUE SERV | 68.00 |
| | | | **Bank Account Total** | **750,773.04\*** |
| | | | **Report Total** | **750,773.04\*** |

| | | |
|---|---|---|
| 9/9/2012 Keybank | | 191,510.38 |
| 10/9/2012 Keybank | | 188,176.77 |
| 11/9/2012 Keybank | | 192,126.54 |

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.


Stamford Landing

Active Litigation

Richard Cappiello vs. Waterfront Office Building LP
Date of Accident: April 26, 2009
Docket Number: FST-cv-11-6009121-S

**9.  Payments Related to Debt Counseling and Bankruptcy**
**Waterfront Office Building LP**

| Name of Payee | Address of Payee | Date of Pmt | Amount of Money |
|---|---|---|---|
| Goodwin Proctor | Exchange Place, 53 State Street, Boston, MA  02110 | 9/14/2012 | 3,525 |
| Goodwin Proctor | Exchange Place, 53 State Street, Boston, MA  02111 | 11/23/2012 | 12,500 |
| Zeisler & Zeisler | 558 Clinton Ave, Bridgeport, CT  06605 | 11/23/2012 | 37,500 |
| | | total | 53,525 |

**Mark A. Stamper | Sr. Account Manager**
**KeyCorp Real Estate Capital Markets, Inc.**
**11501 Outlook | Suite 300  | Overland Park, KS 66211**
**Tel (913) 317-4517 | Fax (877) 379-1625**

19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

Name and Address:     **BLT MANAGEMENT, LLC**
**100 Washington Boulevard, Suite 200**
**Stamford, CT 06902**

Dates Services Rendered:    **Since April 17, 2009 to date**

b. List all firms or individuals who within the two years preceding the filing of this Bankruptcy case have audited the books of account and records, or prepared a financial Statement of the debtor.

Name and Address:     **VENMAN & COMPANY LLC**
**375 Bridgeport Avenue**
**Shelton, CT 06484**

Date Services Rendered:    **Year-ending 2010 and 2011**

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

Name and Address:     **BLT MANAGEMENT, LLC**
**100 Washington Boulevard, Suite 200**
**Stamford, CT 06902**

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

Name and Address:     **Deutsche Genossenschafts Hypothekenbank AG**
**Rosentrasse 2**
**20095 Hamberg, Germany**
**Attention:  Christian Rohweder**
**Facsimile: 49 (0) 40 33 34 2916**

**Trimont RE Advisors**
**3424 Peachtree Road, N.E.**
**Atlanta, GA 30326**
**Attention: Brad Bullock**
**Telephone: 404-581-7482**